UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JILA SABOURI-CICHANI, | ) | Case No.: C 10-04041 JF (PSG) |
| Plaintiff, | ) ) ) | **ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | (Docket No. 17) |
| SAMUELS JEWELERS, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On January 18, 2011, the parties submitted a confidentiality agreement and stipulation and protective order. The court finds it more efficient to direct the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from a model form, they should do so by redline. Therefore,

IT IS HEREBY ORDERED that, no later than January 28, 2011, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model

1 | stipulated protective order for standard litigation.

2 |     IT IS SO ORDERED.

3 | Dated:   January 19, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*