1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION
11

| | |
|---|---|
| JILA SABOURI-CICHANI, | Case No. 5:10-04041 EJD |
| Plaintiff, | **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING UPDATED CASE MANAGEMENT STATEMENT** |
| v. | |
| SAMUELS JEWELERS, INC., | |
| Defendant. | |

This case is scheduled for a case management conference on December 9, 2011. A review of the docket indicates that no discovery deadlines have been set in this case, and the parties' Joint Case Management Statement does not propose deadlines for discovery (see Docket Item No. 30). The court determines that a case management conference will be more useful after the parties have submitted a proposed schedule. Accordingly,

IT IS HEREBY ORDERED that the case management conference CONTINUED to December 16, 2011.

IT IS FURTHER ORDERED that, no later than December 9, 2011, the parties shall submit an updated case management statement proposing deadlines for the following events.

1

Case No. 5:10-04041 EJD
AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING UPDATED CASE MANAGEMENT STATEMENT

- Fact Discovery Cutoff[1]
- Designation of Opening Experts with Reports
- Designation of Rebuttal Experts with Reports
- Expert Discovery Cutoff
- Deadline for Filing Dispositive Motions[2]
- Preliminary Pretrial Conference

Dated:  December 7, 2011

EDWARD J. DAVILA
United States District Judge

---

[1]  Deadline(s) for filing discovery motions are set by Civil Local Rule 37-3.

[2]  This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

2
Case No. 5:10-04041 EJD
AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING UPDATED CASE MANAGEMENT STATEMENT